No. **CR 07 00525 JF**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

FILED
2007 AUG -8  P 2: 40
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

SEALED BY ORDER OF THE COURT

## THE UNITED STATES OF AMERICA
### vs.

### RICARDO SAEZ and
### SAUL MAXIAS NIETO

## INDICTMENT

<u>Count One</u>: Title 21, United States Code, Sections 846 and 841(b)(1)(B)(viii) - Conspiracy to Distribute Methamphetamine

<u>Count Two</u>: Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii) - Distribution of Methamphetamine

*A true bill.*

_____
Foreperson

Filed in open court this __8__ day of __Aug__

A.D. 2007

_____
UNITED STATES MAGISTRATE JUDGE

Bail. $ __No bail arrest warrant__

1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney

FILED

2007 AUG -8  P 2: 40

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

SEALED BY ORDER
OF THE COURT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,         ) | No. CR 07 00525 JF |
|                                   ) | |
|                    Plaintiff,     ) | VIOLATIONS: 21 U.S.C. § 846 – |
|                                   ) | Conspiracy to Distribute Methamphetamine; |
|             v.                    ) | 21 U.S.C. § 841(a)(1) – Distribution of |
|                                   ) | Methamphetamine |
| RICARDO SAEZ and                  ) | |
| SAUL MAXIAS NIETO,                ) | |
|                                   ) | SAN JOSE VENUE |
|                    Defendants.    ) | |

INDICTMENT

The Grand Jury charges:

COUNT ONE: (21 U.S.C. §§ 846 and 841(b)(1)(B)(viii))

   On or about March 7, 2007, and continuing through and including March 8, 2007, in the Northern District of California, the defendants,

**INDICTMENT**

RICARDO SAEZ and
SAUL MAXIAS NIETO,

did knowingly and intentionally conspire with other persons known and unknown to the Grand Jury to distribute a controlled substance, to wit, 5 grams and more of methamphetamine, its salts, isomers, and salts of its isomers, in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(B)(viii).

COUNT TWO: (21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(viii))

On or about March 8, 2007, in the Northern District of California, the defendants,

RICARDO SAEZ and
SAUL MAXIAS NIETO,

did knowingly and intentionally distribute a controlled substance, to wit, 5 grams and more of methamphetamine, its salts, isomers, and salts of its isomers, violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii).

A TRUE BILL.

DATED: _____

_____
FOREPERSON

SCOTT N. SCHOOLS
United States Attorney

_____
DAVID R. CALLAWAY
Deputy Chief, San Jose Office

(Approved as to form: _____)
AUSA O'Connell

INDICTMENT                              2

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

| BY: | ☐ COMPLAINT | ☐ INFORMATION | ☒ INDICTMENT | | Name of District Court, and/or Judge/Magistrate Location |
|---|---|---|---|---|---|
| | | | ☐ SUPERSEDING | | NORTHERN DISTRICT OF CALIFORNIA |

---- OFFENSE CHARGED ----

SEE ATTACHMENT TO PENALTY SHEET

FILED
2007 AUG -8 P 2: 40
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY:
SEE ATTACHMENT TO PENALTY SHEET

SEALED BY ORDER OF THE COURT

---- DEFENDANT - U.S. ----

▶ RICARDO SAEZ

DISTRICT COURT NUMBER

CR 07 00525 JF

---- DEFENDANT ----

**IS NOT IN CUSTODY**
1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges   ☐ Fed'l   ☐ State
If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?  ☐ Yes  ☐ No    If "Yes" give date filed _____

DATE OF ARREST ▶ _____   Month/Day/Year
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ _____  Month/Day/Year

☐ This report amends AO 257 previously submitted

---- PROCEEDING ----

Name of Complaintant Agency, or Person (&Title, if any)
S/A Robert Patrizi-ATF

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y  ☐ Defense
☐ this prosecution relates to a pending case involving this same defendant
☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO. _____
MAGISTRATE CASE NO. _____

Name and Office of Person Furnishing Information on THIS FORM     SCOTT N. SCHOOLS
☒ U.S. Att'y   ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)    THOMAS M. O'CONNELL

---- ADDITIONAL INFORMATION OR COMMENTS ----

PROCESS:
☐ SUMMONS   ☐ NO PROCESS*   ☒ WARRANT    Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments:

UNITED STATES OF AMERICA
v.
RICARDO SAEZ and
SAUL MAXIAS NIETO

**ATTACHMENT TO PENALTY SHEET**

Count One: Title 21, United States Code, Sections 846 and 841(b)(1)(B)(viii) - Conspiracy to Distribute of Methamphetamine

5 years imprisonment (mandatory minimum)
40 years imprisonment (maximum)
$2,000,000 Fine
4 years of supervised release
$100 special assessment

Count Two: Title 21, United States Code, Sections 841 (a)(1) and 841(b)(1)(B)(viii) - Distribution of Methamphetamine

5 years imprisonment (mandatory minimum)
40 years imprisonment (maximum)
$2,000,000 Fine
4 years of supervised release
$100 special assessment

1

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location: **NORTHERN DISTRICT OF CALIFORNIA**

**OFFENSE CHARGED**
SEE ATTACHMENT TO PENALTY SHEET

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

FILED
2007 AUG -8 P 2:40
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

PENALTY: SEE ATTACHMENT TO PENALTY SHEET

SEALED BY ORDER OF THE COURT

**DEFENDANT - U.S.**
▶ SAUL MAXIAS NIETO

DISTRICT COURT NUMBER
**CR 07 00525 JF PVT**

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges    ☐ Fed'l  ☐ State
If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?  ☐ Yes  ☐ No    If "Yes" give date filed _____

DATE OF ARREST ▶ _____  Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ _____ Month/Day/Year

☐ This report amends AO 257 previously submitted

**PROCEEDING**
Name of Complaintant Agency, or Person (&Title, if any)
S/A Robert Patrizi-ATF

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶
MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM    **SCOTT N. SCHOOLS**
☒ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)    **THOMAS M. O'CONNELL**

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT    Bail Amount: **NO BAIL**

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____

Before Judge: _____

Comments:

UNITED STATES OF AMERICA
v.
RICARDO SAEZ and
SAUL MAXIAS NIETO

**ATTACHMENT TO PENALTY SHEET**

<u>Count One</u>: Title 21, United States Code, Sections 846 and 841(b)(1)(B)(viii) - Conspiracy to Distribute of Methamphetamine

5 years imprisonment (mandatory minimum)
40 years imprisonment (maximum)
$2,000,000 Fine
4 years of supervised release
$100 special assessment

<u>Count Two</u>: Title 21, United States Code, Sections 841 (a)(1) and 841(b)(1)(B)(viii) - Distribution of Methamphetamine

5 years imprisonment (mandatory minimum)
40 years imprisonment (maximum)
$2,000,000 Fine
4 years of supervised release
$100 special assessment

1