SCOTT N. SCHOOLS (SC 9990)
United States Attorney

BRIAN J. STRETCH, (CABN 163973)
Chief, Criminal Division

THOMAS M. O'CONNELL (NYSBN 1801950)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5053
   Fax: (408) 535-5066
   Email: thomas.m.oconnell@usdoj.gov

Attorneys for Plaintiff

FILED
SEP - 5 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

FOUR (4) CERTIFIED COPIES
OF WRIT DELIVERED TO THE
US MARSHAL 9-5-2007
Date

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR 07-00525-JF  SEALED CASE |
| Plaintiff, ) | |
| ) | **PETITION FOR AND WRIT** |
| v. ) | **OF HABEAS CORPUS** |
| ) | **AD PROSEQUENDUM** |
| SAUL MAXIAS NIETO, ) | |
| ) | Date: September 13, 2007 |
| Defendant. ) | Time: 9:30 am |

TO:   The Honorable Patricia V. Trumbull, United States Magistrate Judge of the United States District Court for the Northern District of California:

The petition of Thomas M. O'Connell, Assistant United States Attorney, respectfully requests that this Court issue a Writ of Habeas Corpus Ad Prosequendum for the person SAUL MAXIAS NIETO, ID NO: 88029, of whose place of custody and jailor are set

PETITION FOR AND WRIT OF
HABEAS CORPUS AD PROSEQUENDUM

1 | forth in the requested Writ, attached hereto.

2 | WHEREFORE, your petitioner prays that this Honorable Court do forthwith order that the

3 | attached Writ of Habeas Corpus Ad Prosequendum issue the Writ as presented.

Respectfully submitted,
SCOTT N. SCHOOLS
United States Attorney

DATED: August 28, 2007

THOMAS M. O'CONNELL
Assistant United States Attorney

Based upon the application of the United States Attorney set forth above, and good cause appearing therefore, the application for a petition directing the issuance of a Writ of Habeas Corpus Ad Prosequendum requiring the production of SAUL MAXIAS NIETO, ID NO: 88029, forthwith for Initial Appearance before this Court on September 13, 2007 at 9:30a.m., or as soon thereafter as possible, is granted.

IT IS SO ORDERED.

DATED: 9/4/07

Patricia V. Trumbull
United States Magistrate Judge

PETITION FOR AND WRIT OF
HABEAS CORPUS AD PROSEQUENDUM

## TO THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO: FEDERICO ROCHA, United States Marshal, Northern District of California, and/or any of his authorized deputies, and Jailor, San Benito County Jail, Hollister, California.

## GREETINGS

We command that on September 13, 2007 at 9:30a.m., or as soon thereafter as possible, you have and produce the body of SAUL MAXIAS NIETO, ID NO: 88029, in your custody at the U.S. Marshals Office, 280 S. First Street, San Jose, California from San Benito County Jail, Hollister, California, for Initial Appearance on September 13, 2007. We further command that at the government or Court's request you bring SAUL MAXIAS NIETO, to the Courtroom of Magistrate Patricia V. Trumbull, United States District Court, 280 S. First Street, 5th Floor, San Jose, California, and that immediately after the conclusion of the hearing, you return him forthwith to San Benito County Jail, Hollister, California, or abide by such order of the Court concerning the prisoner. We further command that you produce said prisoner at all times necessary until the termination of the proceedings in this case.

WITNESS the Honorable Patricia V. Trumbull, United States Magistrate Judge, United States District Court for the Northern District of California.

DATED: Sept. 5, 2007

CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

By: _____
DEPUTY CLERK

PETITION FOR AND WRIT OF
HABEAS CORPUS AD PROSEQUENDUM