UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CRIMINAL MINUTES

**Judge:** James Ware
**Date:** 10/22/2007
**Case No:** CR-07-0525 JW

**Courtroom Deputy:** Elizabeth Garcia
**Court Reporter:** Irene Rodriguez
**U.S. Probation Officer:** N/A
**Interpreter:** N/A

## TITLE

U.S.A. v. Ricardo Saez ( C) (1) and Saul Maxias Neito ( C) (2)

Attorney(s) for Plaintiff(s): Tom O'Connell
Attorney(s) for Defendant(s): Mary Conn (1)
Nelson McElmurry (2)

## PROCEEDINGS

Status Hearing/Trial Setting Conference

## ORDER AFTER HEARING

Hearing Held. Defendants Saez and Neito present and in custody for proceedings.

<u>As to Defendant Saez</u>: The Court continued this matter to 12/3/2007 at 1:30 PM for a Further Status Hearing.

<u>As to Defendant Neito:</u> Counsel, Mike Armstrong, made an Oral motion before the Court to be relieved as Counsel of Record. The Court GRANTED the Oral motion. Mike Armstrong is relieved as counsel of record. Nelson McElmurry is retained and substituted as counsel of record for Defendant. The Court continued this matter to 12/3/2007 at 1:30 PM for a Further Status Hearing.

Time is excluded as to BOTH defendants from 10/22/2007 to 12/3/2007 to accommodate defense counsel's further investigation into discovery documents and for efforts to resolve this case short of trial.

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-filed**
CC: