SCOTT N. SCHOOLS
United States Attorney

Attorney for Plaintiff

FILED

2007 NOV 33 A 11: 07

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S J

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> SAUL MAXIAS NIETO <br> Defendant. | No. CR 07-00525- JW <br> No. CR 07-00526- JW <br><br> **PENALTY ENHANCEMENT PURSUANT TO TITLE 21, UNITED STATES CODE, SECTIONS 841(b)(1)(B) AND 851** |

INFORMATION

The United States Attorney charges:

Pursuant to Title 21, United States Code, Sections 841(b)(1)(B) and 851, that at the time of the offenses charged against defendant SAUL MAXIAS NIETO in the above-captioned indictments, he previously had been convicted of felony drug offenses, which convictions were final, as follows:

1. On or about 06/19/2001 in San Benito County Superior Court, Docket Number: CR0140394, the defendant was convicted of California Health & Safety Code Section 11377, and was sentenced to 36 months probation, 210 days imprisonment.

2. On or about 08/10/2005 in San Benito County Superior Court, Docket Number:

INFORMATION

1 | CR0501006, the defendant was convicted of California Health & Safety Code Section 11377(A), and
2 | was sentenced to 2 years imprisonment.
3 |     3.    On or about 08/22/07 in San Benito County Superior Court, Docket Number:
4 | CR0700726, the defendant was convicted of California Health & Safety Code Section 11379, and
5 | was sentenced to 3 years imprisonment.
6 | By reason of his conviction on any of the above-listed charges, the defendant is subject to
7 | increased punishment as prescribed by Title 21, United States Code, Section 841(b)(1)(B), that is, a
8 | 10-year mandatory minimum prison sentence, a maximum prison sentence of life, a maximum fine of
9 | $4,000,000, and a maximum supervised release term of life (minimum: 8 years).
10 | DATED: December 3, 2007

SCOTT N. SCHOOLS
United States Attorney

_____
MATTHEW A. PARRELLA
Chief, San Jose Office

(Approved as to form: _____ )
AUSA O'CONNELL

INFORMATION

2