UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CRIMINAL MINUTES

| | |
|---|---|
| **Judge:** James Ware | **Courtroom Deputy:** Elizabeth Garcia |
| **Date:** 12/3/2007 | **Court Reporter:** Summer Clanton |
| **Case No:** CR-07-0525 JW | **U.S. Probation Officer:** N/A |
| **Related Case:** CR 07-0526 JW | **Interpreter:** N/A |

## TITLE

U.S.A. v. Saul Maxias Nieto (C)

**Attorney(s) for Plaintiff(s):** Tom O'Connell
**Attorney(s) for Defendant(s):** No Appearance

## PROCEEDINGS

Judgment and Sentencing

## ORDER AFTER HEARING

Hearing Held. Defendant present and in custody for proceedings. No appearance was made on behalf of Defendant. The Court continued this matter to December 10, 2007 at 1:30 PM for Further Status re Setting/Disposition. Time is excluded from December 3, 2007 through December 10, 2007 for efforts to resolve this matter short of trial and effective preparation of counsel.

*Elizabeth C. Garcia*
Elizabeth C. Garcia
Courtroom Deputy
Original: **E-filed**
CC: