UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CRIMINAL MINUTES

**Judge:** James Ware  
**Date:** 12/10/2007  
**Case No:** CR 07-0525 JW  
    Related Case CR 07-0526 JW

**Courtroom Deputy:** Elizabeth Garcia  
**Court Reporter:** Summer Clanton  
**U.S. Probation Officer:** N/A  
**Interpreter:** N/A

### TITLE

U.S.A. v. Saul Maxias Nieto ( C)

**Attorney(s) for Plaintiff(s):** Tom O'Connell  
**Attorney(s) for Defendant(s):** Nelson McElmurry

### PROCEEDINGS

Disposition Hearing

### ORDER AFTER HEARING

Hearing held. Defendant present and in custody for proceedings. The Defendant plead guilty as to Count One (1) of the Indictment. A plea agreement was executed in open court. The Government made an oral motion to dismiss Count Two (2) of the Indictment and the Indictment charged to Defendant in CR 07-0526 JW USA v. Saul Maxias Nieto. The Court submitted the motion until the date for sentencing. The Court set Judgment and Sentencing for March 3, 2008 at 1:30 PM.

*Elizabeth C. Garcia*  
Elizabeth C. Garcia  
Courtroom Deputy  
Original: **E-filed/C. Escolano**  
CC: