1  JOSEPH R. RUSSONIELLO (CASBN 44332)
   United States Attorney

2

3  BRIAN J. STRETCH (CASBN 163973)
   Chief, Criminal Division

4  THOMAS M. O'CONNELL (NYSBN 1801950)
   Assistant United States Attorney

5
       150 Almaden Boulevard, Suite 900
6      San Jose, California 95113
       Telephone: (408)-535-5053
7      Fax: (408)-535-5066
       E-Mail: Thomas.M.OConnell@usdoj.gov

8  Attorneys for Plaintiff

9

10                 UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                      SAN JOSE DIVISION

13

14
   UNITED STATES OF AMERICA,        )    No. CR 07-00525- JW
15                                   )    No. CR 07-00526- JW
            Plaintiff,               )
16                                   )    GOVERNMENT'S SENTENCING
              v.                     )    MEMORANDUM
17                                   )
   SAUL MAXIAS NIETO,                )
18                                   )
            Defendant.               )
19  _____)

20

21      Defendant Saul Maxias Nieto comes before the court for sentencing pursuant to a plea

22  agreement under Rule 11(c)(1)(A) and 11(c)(1)(B) of the Federal Rules of Criminal Procedure,

23  having pled guilty to Count One of the of the indictment in case number CR-07- 000525-JW

24  charging him with conspiracy to distribute 5 grams or more of methamphetamine, in violation of

25  21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(B)(viii).

26      Defendant further admitted that he committed the offense to which he pled guilty after

27  having suffered a conviction for a felony drug offense, as alleged in an Information  filed by the

28  government pursuant to 21  U.S.C. §851.  He therefore faces a 10 year mandatory minimum

   **Sentencing Memorandum (Nieto)**

1  pursuant to 21 U.S.C. §§ 841(b)(1)(B)(viii) and 851.

2          The government agreed to recommend the Guideline calculations set out in the plea

3  agreement, which stipulated that the defendant's adjusted offense level is 25.  Probation agreed

4  with that calculation.   The parties made no agreement as to Criminal History Category.

5  Probation has determined the defendant's Criminal History Category to be VI.   His U.S.S.G.

6  range is therefore 120-137 months.  The Government submits that a sentence within this range is

7  a reasonable one.

8          The Government will move to dismiss Count Two of the indictment in case number CR-

9  07- 000525-JW, as well as the indictment in case number CR-07-00526-JW.

10         The government also agreed and does,  recommend that the sentence imposed in this

11 case be ordered to run concurrently to the unexpired term the defendant is currently serving

12 following his conviction in San Benito County Court, Docket Number CR-07-00726.

13

14                                          JOSEPH R. RUSSONIELLO
                                            United States Attorney

15

16

17 Dated:    02/29/08                                        /S/

18                                          THOMAS M. O'CONNELL
                                            Assistant United States Attorney

19

20

21

22

23

24

25

26

27

28

**Sentencing Memorandum (Nieto)**              2