UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CRIMINAL MINUTES

| | |
|---|---|
| **Judge:** James Ware | **Courtroom Deputy:** Elizabeth Garcia |
| **Date:** 3/3/2008 | **Court Reporter:** Summer Clanton |
| **Case No.:** CR-07-0525 JW | **U.S. Probation Officer:** Waseem Iqbal |
| **Related Case No.:** CR-07-0526 JW | **Interpreter:** N/A |

## TITLE

U.S.A. v. Saul Maxias Nieto ( C)(2)

Attorney(s) for Plaintiff(s): Tom O'Connell
Attorney(s) for Defendant(s): Nelson Karl McElmurry

## PROCEEDINGS

Judgment and Sentencing

## ORDER AFTER HEARING

Hearing held. Defendant present and in custody for proceedings. The Court sentenced the Defendant as to Count One (1) of the Indictment in CR-07-0525 JW. The Court committed the Defendant to 120 months, eight (8) years supervised release under the standard and Court imposed special conditions; $100 special assessment. The Defendant's imposed custody term is to run concurrently to the Defendant's unexpired State imprisonment term. The Government moved to Dismiss Count (TWO) (2) of the Indictment in CR-07-0525 JW and the indictment in CR-07-0526 JW USA v. Saul Maxias Nieto.

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-filed/C. Escolano**
CC: